## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **JAMES METTS,** | **Case No. 2:23-cv-04510-JDW** |
| *Plaintiff,* | |
| v. | |
| **ECONOMY PREMIER ASSURANCE COMPANY,** | |
| *Defendant.* | |

### ORDER

**AND NOW**, this 23rd day of January, 2024, upon notice that the Parties have settled the above-captioned matter, it is hereby **ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE**, pursuant to Local Rule of Civil Procedure 41.1(b).  Each party shall bear his or its own costs and attorneys' fees.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.